# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA BOYLE,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:12-1122** |
| | : |
| v. | |
| | :   **(JUDGE MANNION)** |
| **PHARMERICA DRUG SYSTEMS, INC.,** | : |
| **Defendant** | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion for summary judgment, (Doc. 30), is **GRANTED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1122-01-order.wpd